# EXHIBIT 1

Select Language

Powered by [        ] **Translate**

The Judicial Branch of Arizona

Maricopa County

☐ / Docket

# Civil Court Case Information - Case History

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2022-006985 | **Judge:** | Adleman, Jay |
| **File Date:** | 6/2/2022 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Devi Cooper | Plaintiff | Male | Steve Tidmore |
| U S Foods Inc | Defendant | | Pro Per |
| U S Foods A Z, L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/20/2022 | NDI - Notice Of Dismissal | 6/22/2022 | |
| **NOTE:** Notice of Dismissal of Defendant US FOODS AZ, L.L.C., WITHOUT PREJUDICE | | | |
| 6/7/2022 | AFS - Affidavit Of Service | 6/13/2022 | |
| **NOTE:** US FOODS INC | | | |
| 6/2/2022 | COM - Complaint | 6/3/2022 | |
| **NOTE:** Complaint | | | |
| 6/2/2022 | CSH - Coversheet | 6/3/2022 | |

**NOTE:** Civil Cover Sheet

| 6/2/2022 | CCN - Cert Arbitration - Not Subject | 6/3/2022 |
|---|---|---|

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| 6/2/2022 | SUM - Summons | 6/3/2022 |
|---|---|---|

**NOTE:** Summons

| 6/2/2022 | SUM - Summons | 6/3/2022 |
|---|---|---|

**NOTE:** Summons

| 6/2/2022 | SUM - Summons | 6/3/2022 |
|---|---|---|

**NOTE:** Summons

| 6/2/2022 | SUM - Summons | 6/3/2022 |
|---|---|---|

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

## Contact Information

☐ Information Center

602-506-3204

☐ Central Court Building

201 W. Jefferson Street
Phoenix, AZ 85003

## Connect with the Court

☐  ☐  ☐

## Quick Links

Employment Opportunities
Justice Partners

© The Judicial Branch of Arizona In Maricopa County -2022. All rights reserved.

Website Feedback

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383693

**Plaintiff's Attorneys:**

Steve M Tidmore - Primary Attorney
Bar Number: 007228, issuing State: AZ
Law Firm: TIDMORE LAW OFFICES, P.L.L.C.
301 E. Bethany Home Road Suite C-178
Phoenix, AZ 85012
Telephone Number: (602)264-1973
Email address: stidmore@tidmorelaw.com

CV2022-006985

Jesse L. Miller
Bar Number: 031859, issuing State: AZ
Law Firm: TIDMORE LAW OFFICES, P.L.L.C.
Telephone Number: (602)264-1973

**Plaintiff:**

DEVI COOPER, AKA DEVI HOLT-COOPER
301 E. Bethany Home Road Suite C-178
Phoenix, AZ 85012

**Defendants:**

JUAN DOE

JANE DOE I

US FOODS, INC.

US FOODS AZ, L.L.C.

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #6869205

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383692

**STEVE M. TIDMORE, ESQ.**
State Bar No. 007228
**JESSE L. MILLER, ESQ.**
State Bar No. 031859
**TIDMORE LAW OFFICES, P.L.L.C.**
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona  85012
Phone: (602) 264-1973
Fax: (602) 230-7377
Email: stidmore@tidmorelaw.com

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| DEVI COOPER AKA DEVI HOLT-COOPER, an adult person, | Case No.: **CV2022-006985** |
| Plaintiff, | **C O M P L A I N T**<br>**(Tort, Non Motor Vehicle)** |
| vs. | |
| JUAN DOE AND JANE DOE I, husband and wife, US FOODS, INC., a corporation; US FOODS AZ, L.L.C., a limited liability corporation, JOHN DOES I-V; JANE DOES II-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V, | |
| Defendants. | |

Plaintiff Devi Cooper aka Devi Holt-Cooper ("Plaintiff"), by and though her

counsel undersigned, alleges as follows:

1

1.   At all times material hereto, Plaintiff was a resident of Maricopa County, Arizona.

2.   At all times material hereto, Defendant Juan Doe was married to Jane Doe I and resided within Maricopa County, Arizona.  At all relevant times, Defendant Juan Doe was acting individually and on behalf of his marital estate.

3.   Defendant US Foods Inc. is a corporation authorized to do business within the state of Arizona with multiple contacts within Maricopa County, Arizona.

4.   Defendant US Foods AZ, L.L.C. is a limited liability corporation organized under the laws of the state of Arizona with multiple contacts within Maricopa County, Arizona.

5.   All acts of Defendant Juan Doe complained of herein were performed in the course and scope of Defendant Juan Doe's employment with Defendant US Foods, Inc. and Defendant US Foods AZ, L.L.C. (hereinafter collectively referred to as "US Foods"); accordingly, Defendants US Foods are vicariously liable for all acts of Defendant Juan Doe, complained of herein.

6.   The names of Juan Doe, Jane Doe I, John Does I-V, Jane Does II-V, Black Partnerships I-V, and White Corporations I-V are unknown to Plaintiff, but upon ascertaining their names, Plaintiff will ask leave of the Court to insert their true names in lieu of the fictitious names herein sued upon.

7.   Defendants have caused acts out of which this lawsuit arose to occur in Maricopa County, Arizona.  The amount in controversy exceeds the Court's minimum jurisdictional amount.  This is a Tier 3 case.

8.   This Court has personal jurisdiction over Defendants as they either reside in Maricopa County or have  business enterprises situated within Maricopa County, Arizona

9.   This Court has subject matter jurisdiction over this case on the basis that the activities complained of herein occurred in Maricopa County, Arizona.

10.   Venue is proper in Maricopa County, Arizona.

11.   Defendants US Foods maintain a "refrigerated warehouse" at 49th Avenue and Buckeye Road in Phoenix, Arizona. Defendants US Foods' employee forklift drivers, drive forklifts supporting pallets of boxed products. The forklift operators stop with the cab behind plastic curtains, remaining in the refrigerated warehouse with the prongs of the forklift protruding from the curtains to allow customers to remove the boxes of product from the forklift pallet.

12.   At approximately 9:30 a.m. on June 16, 2021. Defendant Juan Doe, a forklift operator, in accordance with the standard practice and polices of Defendants US Foods, remained in the cab of the forklift with the prongs of the forklift protruding beyond the  plastic curtains of the warehouse. As Plaintiff was removing boxes from the forklift pallet and loading them into the back of her vehicle, Defendant Juan Doe, without notice, lowered the hydraulic forklift prongs to the ground crushing Plaintiff's

right foot. After Plaintiff screamed, Defendant Juan Doe, lifted the forklift prongs and backed into the refrigeration warehouse.

### FIRST CAUSE OF ACTION
#### (Negligence of Defendant Juan Doe)

13.     Plaintiff repeats and realleges the allegations contained in paragraphs 1-13, as though fully set forth herein and incorporates the same by this reference.

14.     Defendant Juan Doe had a duty to exercise reasonable care in the performance of his work duties for Defendants US Foods. Defendant Juan Doe knew, or should have known, that lowering the hydraulic forklift prongs while Plaintiff was within close proximity of the forklift could foreseeably cause injury to Plaintiff.

15.     By lowering the hydraulic forklift prong while Plaintiff was in close proximity to the forklift and while he was unable to visualize Plaintiff's location, Defendant Juan Doe, breached his duty to Plaintiff to exercise reasonable care.

16.     The June 16, 2021, incident occurred as the sole, direct and proximate negligence of Defendant Juan Doe. The incident was not caused by the conduct of Plaintiff.

17.     As the direct result of the negligence of Defendants, Plaintiff sustained injuries which have caused Plaintiff pain, suffering, mental and emotional anguish and a general decrease in the quality of life.  The injuries Plaintiff sustained are permanent.

18.     As a further result of the negligence of Defendants, Plaintiff has incurred expenses for hospital treatment, medical expenses, physicians, pharmaceuticals,

physical therapy and other expenses, and will continue to incur such expenses in the future.

19.     As a further result of the negligence of Defendants, Plaintiff has suffered a loss of income and her earning capacity has been impaired.

## SECOND CAUSE OF ACTION
### (Negligence of Defendants US Foods)

20.     Plaintiff repeats and realleges the allegations contained in paragraphs 1-19, as though fully set forth herein and incorporates the same by this reference.

21.     Defendants US Foods, had a duty to adopt policies and procedures for their employees to perform work duties in such a manner as to avoid foreseeable injuries to others. Further, Defendants US Foods had a duty to properly train their employees to exercise reasonable care to avoid foreseeable injuries to third parties.

22.     By adopting a procedure to deliver goods from its refrigerated warehouse by keeping the cab of Defendants US Foods' forklifts inside the warehouse and the prongs of the hydraulic forklifts outside the refrigerated warehouse, Defendants US Foods breached their duty of reasonable care to avoid foreseeable injuries to Plaintiff.

23.     By failing to train Defendant Juan Doe not to move the hydraulic forklift prongs while Plaintiff removed boxes of products from the forklift pallet Defendants US Foods breached their duty of reasonable care to avoid foreseeable injuries to Plaintiff.

5

24.     As a further result of the negligence of Defendants, Plaintiff sustained injuries which have caused Plaintiff pain, suffering, mental and emotional anguish and a general decrease in the quality of life.  The injuries Plaintiff sustained are permanent.

25.     As a further result of the negligence of Defendants, Plaintiff has incurred expenses for hospital treatment, medical expenses, physicians, pharmaceuticals, physical therapy and other expenses, and may continue to incur such expenses in the future.

26.     As a further result of the negligence of Defendants, Plaintiff has suffered a loss of income and her earning capacity has been impaired.

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

(1)     For general and compensatory damages in an amount to be proven at trial;

(2)     For special damages for lost earnings, medical and other healthcare expenses which have been incurred and will be incurred in the future;

(3)     For Plaintiff's costs herein; and

(4)     For such other relief as the Court deems proper.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED this 2nd day of June, 2022.


**TIDMORE LAW OFFICES, P.L.L.C.**


Steve M. Tidmore, Esq.
Jesse L. Miller, Esq.
301 East Bethany Home Road, #C-178
Phoenix, Arizona 85012
Attorneys for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383694

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Road Suite C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| DEVI COOPER, AKA DEVI HOLT-COOPER | Case No.  **CV2022-006985** |
|---|---|
| Plaintiff(s), | |
| v. | |
| JUAN DOE, et al. | **CERTIFICATE OF** |
| Defendant(s). | **COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Steve M Tidmore /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #6869205

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383697

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Road Suite C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

DEVI COOPER, AKA DEVI HOLT-COOPER
Plaintiff(s),
v.                                              Case No.  **CV2022-006985**
JUAN DOE, et al.
Defendant(s).                                   **SUMMONS**

To: US FOODS, INC.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 02, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *MICHAEL FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383698

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Road Suite C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

DEVI COOPER, AKA DEVI HOLT-COOPER
Plaintiff(s),
v.
JUAN DOE, et al.
Defendant(s).

Case No.  **CV2022-006985**

**SUMMONS**

To: US FOODS AZ, L.L.C.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZTurboCourt.gov Form Set #6868205

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 02, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *MICHAEL FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6889205

2

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383695

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Road Suite C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

DEVI COOPER, AKA DEVI HOLT-COOPER
Plaintiff(s),
v.                                              Case No.  **CV2022-006985**
JUAN DOE, et al.
Defendant(s).                                   **SUMMONS**

To: JUAN DOE

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 02, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *MICHAEL FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
6/2/2022 11:18:38 AM
Filing ID 14383696

Person/Attorney Filing: Steve M Tidmore
Mailing Address: 301 E. Bethany Home Road Suite C-178
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

DEVI COOPER, AKA DEVI HOLT-COOPER
Plaintiff(s),
v.                                                    Case No.  **CV2022-006985**
JUAN DOE, et al.
Defendant(s).                                         **SUMMONS**

To: JANE DOE I

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 02, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *MICHAEL FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

DIRTYS PROCESS SERVICE LLC
602-469-8899

CLERK OF THE
SUPERIOR COURT
RECEIVED ME
DOCUMENT DEPOSITORY

2022 JUN -7 AM 9: 08

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

**FILED**
**BY L. McCarty, DEP**

DEVI COOPER AKA DEVI HOLT-COOPER,
an adult person,

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV2022-006985

**CERTIFICATE OF SERVICE**
**BY COURT CERTIFIED PROCESS SERVER**

        Plaintiffs,

vs.

US FOODS, INC., a corporation;
et al.,

        Defendants.

MARK DOUGHERTY states: That he is duly qualified and licensed to serve
process in this cause within the State in which it was served, having been
so appointed by the court; that he received from Steve M. Tidmore,
attorney for the Plaintiff, the documents as described below: Summons,
Complaint, Certificate of Compulsory Arbitration

| PARTY SERVED | ADDRESS WHERE SERVED | DATE & TIME |
|---|---|---|
| US Foods, Inc., by serving Valjeana Begay, service of process coordinator at Corporation Service Company, stat agent | 8825 N. 23rd Ave #100 Phoenix, AZ 85021 | 6/6/22 9:40 a.m. |

| Service Fees: | Attempts | | 00.00 |
|---|---|---|---|
| | Service | | 36.00 |
| | Document Prep | | 25.00 |
| | Mileage    15 | 15 | 39.00 |
| | | TOTAL: | $100.00 |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 6, 2022

Mark Dougherty, cert #4993
Dirtys Process Service LLC

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
6/20/2022 8:52:07 AM
Filing ID 14456235

1   **STEVE M. TIDMORE, ESQ.**
2   State Bar No. 007228
    **JESSE L. MILLER, ESQ.**
3   State Bar No. 031859
    **TIDMORE LAW OFFICES, P.L.L.C.**
4   301 East Bethany Home Road, Suite C-178
5   Phoenix, Arizona  85012
    Phone: (602) 264-1973
6   Fax: (602) 230-7377
7   Email: stidmore@tidmorelaw.com

8   Attorneys for Plaintiff

9               **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10              **IN AND FOR THE COUNTY OF MARICOPA**

11  | | |
    |---|---|
12  DEVI COOPER AKA DEVI HOLT-
    COOPER,  an adult person,
13
                            Plaintiff,
14
15          vs.
16  JUAN DOE AND JANE DOE I, husband
    and wife, US FOODS, INC., a
17  corporation; US FOODS AZ, L.L.C., a
    limited liability corporation,  JOHN DOES
18  I-V; JANE DOES II-V; BLACK
    PARTNERSHIPS I-V; and WHITE
19  CORPORATIONS I-V,
20
21                          Defendants.

Case No.:  CV2022-006985

**NOTICE OF DISMISSAL OF
DEFENDANT US FOODS AZ, L.L.C.,
WITHOUT PREJUDICE**

**(Assigned to the Honorable Jay
Adleman)**

22

23          Plaintiff Devi Cooper aka Devi Holt-Cooper ("Plaintiff"), by and through her

24  counsel undersigned, hereby dismisses Defendant US Foods AZ, L.L.C. as a party to

25  this action, without prejudice, no answer having been filed by said Defendant.

26

                                        1

DATED this 20th day of June, 2022.

**TIDMORE LAW OFFICES, P.L.L.C.**

_Steve M Tidmore_
Steve M. Tidmore, Esq.
Jesse L. Miller, Esq.
301 East Bethany Home Road, #C-178
Phoenix, Arizona 85012
Attorneys for Plaintiff

ORIGINAL E-FILED
and COPY of the
foregoing EMAILED
this 20th day of, June 2022, to:

The Honorable Jay Adleman

Brian O'Connor Watson
RILEY, SAFER, HOLMES & CANCILA, L.L.P.
bwatson@rshc-law.com
Attorneys for Defendant US Foods, Inc.

_Steve Tidmore_

2