Brian O. Watson (*pro hac vice*)
**RILEY SAFER HOLMES & CANCILA LLP**
70 W. Madison St. Ste. 2900
Chicago, IL  60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
bwatson@rshc-law.com
docketdept@rshc-law.com

Lori A. Zirkle (015365)
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona  85012-2736
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
lori.zirkle@bowmanandbrooke.com

Attorneys for Defendant US Foods, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Devi Cooper aka Devi Holt-Cooper, an adult person, | No. CV-22-01222-PHX-DJH |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| Juan Doe and Jane Doe I, husband and wife; US Foods, Inc., a corporation; US Foods AZ, L.L.C., a limited liability corporation; John Does I-V; Jane Does II-V; Black Partnerships I-V; and White Corporations I-V, | |
| Defendants. | |

Defendant US Foods, Inc., by and through counsel, hereby gives notice that Defendant US Foods, Inc.'s Responses to Plaintiffs' Non-Uniform Interrogatories were served via electronic mail on all counsel of record on September 21, 2022.

DATED this 21st day of September, 2022.

**BOWMAN AND BROOKE LLP**

By: */s/ Lori A. Zirkle*
    Lori A. Zirkle (Bar No. 015365)
    2901 North Central Avenue, Suite 1600
    Phoenix, Arizona  85012-2736

1    Telephone: (602) 643-2300
        Facsimile: (602) 248-0947
2    lori.zirkle@bowmanandbrooke.com

3    Brian O. Watson (pro hac vice)
        RILEY SAFER HOLMES & CANCILA LLP
4    70 W. Madison St. Ste. 2900
        Chicago, IL  60602
5    Telephone: (312) 471-8700
        Facsimile: (312) 471-8701
6    bwatson@rshc-law.com
        docketdept@rshc-law.com
7
        Attorneys for Defendant US Foods, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

26814323v1

2

1

**CERTIFICATE OF SERVICE**

2

   I hereby certify that on this 21st day of September, 2022, I electronically transmitted

3

the foregoing **NOTICE OF SERVICE OF DISCOVERY** to the Clerk's Office using the

4

CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CMF/ECF

5

registrants as follows:

6

7

    Steve M. Tidmore, Esq.
    Jesse L. Miller, Esq.
    TIDMORE LAW OFFICES, P.L.L.C.
    301 East Bethany Home Road, Suite C-178

8

    Phoenix, Arizona 85012
    Telephone:  (602) 264-1973

9

    Facsimile:  (602) 230-7377
    stidmore@tidmorelaw.com

10

11

    Josh A. Valdez, Esq.
    Joseph A. Hoxie, Esq.

12

    VALDEZ LAW, P.L.L.C.
    323 West Roosevelt Street, Suite 100

13

    Phoenix, Arizona 85003
    Telephone: 480-264-0645

14

    joshvaldez@valdezlaw.com

15

    Attorneys for Plaintiff

16

17

                            */s/ Jeannette Felix*

18

19

20

21

22

23

24

25

26

27

28