JOSH A. VALDEZ (023509)
JOSEPH A. HOXIE (033225)
**VALDEZ LAW P.L.L.C.**
323 West Roosevelt Street, Suite 100
Phoenix, Arizona 85003
Phone: 480-264-0645
Email: joshvaldez@valdezazlaw.com

**STEVE M. TIDMORE, ESQ.**
State Bar No. 007228
**JESSE L. MILLER, ESQ.**
State Bar No. 031859
**TIDMORE LAW OFFICES, P.L.L.C.**
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona  85012
Phone: (602) 264-1973
Fax: (602) 230-7377
Email: stidmore@tidmorelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEVI COOPER AKA DEVI HOLT-COOPER, an adult person,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE DUENAS AND JANE DOE I, husband and wife, US FOODS, INC., a corporation; US FOODS AZ, L.L.C., a limited liability corporation,  JOHN DOES I-V; JANE DOES II-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | Case No.: CV-22-1222-PHX-DJH<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff, by and through undersigned counsel, provides notice that on November 8, 2022, Plaintiff served "Plaintiff's Second Supplemental Disclosure Statement with exhibits to Defendant."

EXECUTED this 8th day of October, 2022:

**VALDEZ LAW P.L.L.C.**

By: /s/ Josh A. Valdez
JOSH A. VALDEZ
JOSEPH A. HOXIE
323 West Roosevelt Street, #100
Phoenix, Arizona 85003
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 8th day of November, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and, served on counsel of record via the Court's CM/ECF System.

I, the undersigned, further certify that some of the participants in the case are not registered CM/ECF users. I have e-mailed the foregoing document to the following non-CM/ECF participants:

Lori A. Zirkle (#015365)
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012-2736
Telephone: (602) 643-2300
Facsimile: (602) 248-0947
Lori.zirkle@bowmanandbrooke.com
*Attorney for Defendant US Foods, Inc.*

Brian O. Wilson
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
bwatson@rshc-law.com
docketdept@rshc-law.com
*Attorney for Defendant US Foods, Inc.*

/s/ Matt Cary